Corey Bracken
1060 N. Tibbs Avenue
Indianapolis, Indiana 46222
　　Pro Se Plaintiff

Edwin A. Harnden, OSB No. 721129
eharnden@barran.com
Sean P. Ray, OSB No. 075040
sray@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
　　Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene

| | |
|---|---|
| COREY L. BRACKEN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>PRO ENTERPRISES, LLC, an Oregon Limited Liability Company,<br><br>　　　　　　　　Defendant. | 6:14-cv-01107-AA<br><br>STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |

Based upon the stipulation of the parties, and it appearing that all of plaintiff's claims against defendant have been fully compromised and resolved,

///

///

///

///

///

Page 1 – STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice and without costs or attorneys' fees to any party.

DATED this 31 day of August 2014.

_____
Judge Ann Aiken

IT IS SO STIPULATED:

_____
Corey L. Bracken
Pro Se Plaintiff

BARRAN LIEBMAN LLP

By _____
Edwin A. Harnden, OSB No. 721129
eharnden@barran.com
Sean P. Ray, OSB No. 075040
sray@barran.com
Attorneys for Defendant

Page 2 – STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE